RUTKIN AND EFFRON, P.C. *v.* EDWARD BAIAMONTE
(9214)

DUPONT, C. J., DALY and HEIMAN, Js.

Argued March 18—decision released April 9, 1991

*Edward Baiamonte,* pro se, the appellant (defendant).

*Louis A. Afonso,* with whom, on the brief, was *Kathleen A. Hogan,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.